JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM ELYASSI,<br><br>    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. 2:24-cv-03400-AB-MAA<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 4, 2024

                                          ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE